# United States District Court

## Southern District of Georgia

Linda Barker

_____
Plaintiff

v.

Auto-Owners Insurance Company

_____
Defendant

Case No. __1:25-cv-00274-JRH-BKE__

Appearing on behalf of
Defendant
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __18th__ day of __November__, __2025__.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Laura N. Gable |
| Business Address: | Swift, Currie, McGhee & Hiers, LLP |
| | Firm/Business Name |
| | 1420 Peachtree Street NE, Suite 800 |
| | Street Address |
| | Atlanta     GA     30309 |
| | Street Address (con't)     City     State     Zip |
| | |
| | Mailing Address (if other than street address) |
| | Address Line 2     City     State     Zip |
| | (470) 639-4874              208961 |
| | Telephone Number (w/ area code)     Georgia Bar Number |
| Email Address: | laura.gable@swiftcurrie.com |